**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRETT LEE SCOTT,<br><br>　　　　　Defendant | Case No.: Case No. 1:13-mj-00016 JLT<br><br>**STIPULATION AND ORDER TO POST A SECURED CASH BOND IN LIEU OF PROPERTY BOND** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: JENNIFER L. THURSTON AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant Brett Lee Scott, by and through his attorney of record, DAVID A. TORRES, hereby request that a secured cash bond in the amount of $60,000 be posted to the United States District Court in lieu of the $60,000 property bond. This bond is to be posted by Defendant's sister Maranda Blair, and fully secured by funds of Defendant's grandfather, David H. Hosking. Mr. David H. Hosking is fully aware that the bond will be forfeited if the defendant fails to comply with any release condition, or if he willfully fails to appear for the court or to surrender for the service of any sentence imposed.

I have been advised by Mr. Scott's family that they are prepared to post a cash bond in the amount of $60,000.00 to secure Brett Scott's release. I have spoken to AUSA, Karen

Summary of Pleading - 1

Escobar, she has no objection. I spoke to Supervisory Pretrial Services Officer, Montgomery L. Olsen; he does not object to this stipulation.

Date: March 8, 2013 /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
BRETT LEE SCOTT

Date: March 8, 2013 /s/Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED** that Brett Lee Scott be released by the posting of a secured cash bond, in the amount of $60,000, made payable to the United States District Court.

IT IS SO ORDERED.

Dated: __**March 11, 2013**__                    __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE